United States District Court
Southern District of Texas
**ENTERED**
March 06, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| REBECCA ELIZABETH THOMPSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-16-00553 |
| § | |
| CAROLYN W. COLVIN, § | |
| ACTING COMMISSIONER OF THE § | |
| SOCIAL SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION AND GRANTING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This court has reviewed the Memorandum and Recommendation on Cross-Motions for Summary Judgment of the United States Magistrate Judge signed on February 14, 2017, and has made a *de novo* determination. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. This court finds and concludes that the Administrative Law Judge's decision denying social security benefits was supported by substantial evidence in the record and that the Administrative Law Judge properly applied the legal standards. Rebecca Elizabeth Thompson's motion for summary judgment, Docket Entry No. 10, is denied, and the Commissioner's cross-motion for summary judgment, Docket Entry No. 8, is granted.

Final judgment dismissing this case with prejudice is entered by separate order.

SIGNED on March 3, 2017, at Houston, Texas.

                                              Lee H. Rosenthal
                                        Chief United States District Judge